UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:17 CR 477 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| -v- | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| ABDUL MAOLA ALABADI, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge George J. Limbert, regarding the arraignment/plea hearing of Abdul Maola Alabadi, which was referred to the Magistrate Judge with the consent of the parties.

On November 16, 2017, the government filed a one count Information, charging Defendant Abdul Maola Alabadi, with False Claim of Citizenship in violation of Title 18 United States Code Section 911. Defendant Alabadi was arraigned on November 29, 2017, and entered a plea of guilty to Count 1 of the Information, before Magistrate Judge Limbert, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Alabadi is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charge and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Alabadi is adjudged guilty to Count 1 of the Information, in violation of Title 18 United States Code, Section 911, False Claim of Citizenship. This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on March 7, 2018, at 11:00 a.m. in Courtroom 17A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

December 20, 2017